■ CYNTHIA H. LEHMAN, Appellant, v ROBERT O. LEHMAN, Respondent.—Order, Supreme Court, New York County (Kenneth Shorter, J.), entered on June 3, 1986, unanimously affirmed, without costs and without disbursements. Motion by defendant-respondent to strike certain portions of plaintiff-appellant's reply brief denied. No opinion. Concur—Murphy, P. J., Kupferman, Ross, Carro and Kassal, JJ.

■ TYRAN C. WALTON, Plaintiff, v CHUN Y. WONG et al., Appellants. MARK PETERSON, Respondent, v CONSTANCE STAGO et al., Appellants, et al., Defendant.—Judgment, Supreme Court, New York County (Walter Schackman, J.), entered on May 10, 1985, unanimously affirmed. Respondent shall recover of appellants $75 costs and disbursements of this appeal. (The appeal from the judgment of said court entered on June 6, 1985 was withdrawn by order of this court entered on June 12, 1986.) No opinion. Concur—Murphy, P. J., Sandler, Sullivan, Asch and Lynch, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARVIN SCREEN, Appellant.—Judgment, Supreme Court, New York County (John Leonforte, J.), rendered on August 21, 1984, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Sandler, Sullivan, Asch and Lynch, JJ.